*licitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for respondent.

No. 523.  MIDDLETON & Co. (CANADA), LTD., ET AL. *v.* OCEAN DOMINION STEAMSHIP CORP.  January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Messrs. Henry N. Longley* and *Ezra G. Benedict Fox* for petitioners. *Messrs. John W. Griffin* and *Wharton Poor* for respondent.

No. 537.  KERSH LAKE DRAINAGE DISTRICT *v.* STATE BANK & TRUST Co.  January 3, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. Charles T. Coleman, Burk Mann, Richard B. McCulloch,* and *Shields M. Goodwin* for petitioner.  *Messrs. J. W. Dickey, A. H. Rowell,* and *A. F. House* for respondent.

No. 488.  NEBLETT ET AL. *v.* CAMINETTI, INSURANCE COMMISSIONER, ET AL.; and

No. 489.  NEBLETT ET AL. *v.* PACIFIC MUTUAL LIFE INSURANCE Co. ET AL.  January 3, 1944.  Petition for writs of certiorari to the Supreme Court of California denied. MR. JUSTICE REED took no part in the consideration or decision of this application.  *Mr. William Stanley* for petitioners.  *Mr. Robert W. Kenny,* Attorney General of California, for the Insurance Commissioner; and *Messrs. T. B. Cosgrove, John N. Cramer, Allan P. Matthew, Eugene Overton,* and *Byron C. Hanna* for the Pacific Mutual Life Insurance Co. et al.,—respondents.  Reported below: 22 Cal. 2d 344, 393, 139 P. 2d 908, 934.